PRESTONIA MANN, Respondent, *v.* HARVEY WILLEY, Appellant.

*Mann v. Willey*, 51 App. Div. 169, affirmed.
(Argued October 24, 1901; decided November 12, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 15, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Richard L. Hand* for appellant.

*Royal Corbin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, CULLEN and WERNER, JJ. Not voting: GRAY, J. Not sitting: LANDON, J.

---

LORIMER G. APPLEBY, as Trustee, etc., Respondent, *v.* SOPHIA
   SEWARDS et al., Appellants.

*Appleby v. Sewards*, 49 App. Div. 632, affirmed.
(Argued October 24, 1901; decided November 12, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 23, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Arthur Furber* for appellants.

*Paul R. Towne* for respondent.

Judgment affirmed, with costs and ten per cent damages, under section 3251 of the Code of Civil Procedure; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.